# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS J. GEISEL
3819 SAGE DRIVE, APT. C
ROCKFORD, IL 61114

Case Number: 06-71771

SSN-xxx-xx-5888

Case filed on: 9/27/2006
Plan Confirmed on:

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,835.00

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,500.00 | 2,500.00 | 599.61 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 599.61 | 0.00 |
| 004 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | UNIFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BERNARD J. NATALE (CHAP 7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 955.57 | 955.57 | 0.00 | 0.00 |
| | Total Priority | 955.57 | 955.57 | 0.00 | 0.00 |
| 022 | THOMAS J. GEISEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS J. GEISEL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NICA'S AUTO SALES | 6,396.00 | 6,396.00 | 1,120.00 | 0.00 |
| | Total Secured | 6,396.00 | 6,396.00 | 1,120.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 26,953.44 | 26,953.44 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRSTAR BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KATHY GOLKA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KEMP CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 3,212.08 | 3,212.08 | 0.00 | 0.00 |
| 011 | RESURGANCE FINANCIAL L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ST. FRANCIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VILLAGE GREEN APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WE ENERGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THOMAS MCKROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 5,505.93 | 5,505.93 | 0.00 | 0.00 |
| 019 | US BANK NA | 5,216.10 | 5,216.10 | 0.00 | 0.00 |
| 020 | B-REAL LLC | 971.67 | 971.67 | 0.00 | 0.00 |
| 021 | GREAT SENCEA/CONSECO-LEATH(CENTURION) | 1,801.23 | 1,801.23 | 0.00 | 0.00 |
| | Total Unsecured | 43,660.45 | 43,660.45 | 0.00 | 0.00 |
| | Grand Total: | 53,512.02 | 53,512.02 | 1,719.61 | 0.00 |

Total Paid Claimant: $1,719.61
Trustee Allowance: $115.39
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007 By /s/Heather M. Fagan